Neil L. GRISWOLD, D.O. Appellant,

v.

STATE BOARD OF REGISTRATION
FOR HEALING ARTS,
Respondent.

No. WD 49860.

Missouri Court of Appeals,
Western District.

April 4, 1995.

Motion for Rehearing and/or Transfer to
Supreme Court Denied May 30, 1995.

Application to Transfer Denied
July 25, 1995.

Harvey M. Tettlebaum, Jefferson City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Evan J. Buchheim, Asst. Atty. Gen., Jefferson City, for respondent.

Before ULRICH, P.J., and
LOWENSTEIN and HANNA, JJ.

### ORDER

PER CURIAM.

Neil L. Griswold, D.O., appeals from the order of the circuit court affirming the revocation of his license to practice medicine.

Affirmed. Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Sheila TAYLOR, Appellant.

Sheila TAYLOR, Appellant,

v.

STATE of Missouri, Respondent.

Nos. WD 48472, WD 49868.

Missouri Court of Appeals,
Western District.

April 4, 1995.

Motion for Rehearing and/or Transfer to
Supreme Court Denied May 30, 1995.

Application to Transfer Denied
July 25, 1995.

Laura G. Martin, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joanne E. Beal, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, P.J., and
LOWENSTEIN and HANNA, JJ.

### ORDER

PER CURIAM.

Consolidated appeal from conviction of robbery in the second degree, § 569.030, RSMo 1994, and from denial of Rule 29.15 motion for post-conviction relief. Affirmed. Rules 30.25(b) and 84.16(b).